## EXHIBIT A - COPYRIGHTS INFRINGED

|    | PUBLISHER | ISBN | TITLE | AUTHOR | EDITION | REGISTRATION |
|----|-----------|------|-------|--------|---------|--------------|
| 1  | CENGAGE | 9781285860398 | ADVANTAGE BOOK: INTRODUCTION TO BUSINESS LAW | BEATTY, SAMUELSON | 5 | TX 8-022-135 |
| 2  | CENGAGE | 9781133434801 | ADVERTISING CAMPAIGN STRATEGY | PARENTE | 5 | TX 7-968-594 |
| 3  | CENGAGE | 9781305109001 | AMERICAN GOVERNMENT, BRIEF VERSION: INSTITUTIONS AND POLICIES | WILSON, DILULIO, BOSE | 12 | TX 8-022-505 |
| 4  | CENGAGE | 9781305670389 | AT RISK YOUTH | MCWHIRTER | 6 | TX 7-521-080 |
| 5  | CENGAGE | 9781305261105 | BASICS OF RESEARCH METHODS FOR CRIMINAL JUSTICE AND CRIMINOLOGY | MAXFIELD, BABBIE | 4 | TX 8-027-615 |
| 6  | CENGAGE | 9780495812265 | BECOMING A HELPER | COREY | 6 | TX 7-393-935 |
| 7  | CENGAGE | 9781305105409 | BIOLOGICAL PSYCHOLOGY | KALAT | 12 | TX 8-012-949 |
| 8  | CENGAGE | 9781285165929 | BRIEF PRINCIPLES OF MACROECONOMICS | MANKIW | 7 | TX 7-920-500 |
| 9  | CENGAGE | 9781305500846 | BUSINESS ETHICS: ETHICAL DECISION MAKING & CASES | FERRELL, FRAEDRICH | 11 | TX 8-253-339 |
| 10 | CENGAGE | 9781285057095 | CALCULUS | LARSON | 10 | TX 7-679-856 |
| 11 | CENGAGE | 9781285748887 | CLINICAL ASSESSMENT WORKBOOK, THE | POMEROY | 2 | TX 7-972-014 |
| 12 | CENGAGE | 9780495903352 | COMMUNITY COUNSELING | LEWIS | 4 | TX 8-418-025 |
| 13 | CENGAGE | 9781305271500 | ESSENTIAL INTERVIEWING: A PROGRAMMED APPROACH TO EFFECTIVE COMMUNICATION | EVANS, HEARNS, UHLEMANN | 9 | TX 8-223-732 |
| 14 | CENGAGE | 9781305101685 | ESSENTIAL RESEARCH METHODS FOR SOCIAL WORK | RUBIN, BABBIE | 4 | TX 8-004-492 |
| 15 | CENGAGE | 9781133956570 | ESSENTIALS OF STATISTICS FOR THE BEHAVIORAL SCIENCE | GRAVETTER, WALLNAU | 8 | TX 8-390-253 |
| 16 | CENGAGE | 9781305089723 | ETHICS IN COUNSELING AND PSYCHOTHERAPY | WELFEL | 6 | TX 8-040-560 |
| 17 | CENGAGE | 9781305094765 | FUNDAMENTALS OF CASE MANAGEMENT PRACTICE | SUMMERS | 5 | TX 8-010-680 |
| 18 | CENGAGE | 9781305280274 | GENDERED LIVES | WOOD | 12 | TX 8-234-323 |
| 19 | CENGAGE | 9781305087309 | GROUP COUNSELING: STRATEGIES AND SKILLS | JACOBS, MASSON, HARVILL AND SCHIMMEL | 8 | TX 8-005-993 |
| 20 | CENGAGE | 9780495600763 | GROUPS: PROCESS & PRACTICE | COREY | 8 | TX 7-392-312 |
| 21 | CENGAGE | 9781133953104 | HUMAN RESOURCE MANAGEMENT | MATHIS, JACKSON | 14 | TX 7-818-177 |
| 22 | CENGAGE | 9781285445830 | INTERPERSONAL COMMUNICATION: EVERYDAY ENCOUNTERS | WOOD | 8 | TX 7-476-710 |
| 23 | CENGAGE | 9781111722203 | INTERVIEWING FOR SOLUTIONS | JONG, BERG | 4 | TX 7-531-460 |
| 24 | CENGAGE | 9780495812418 | ISSUES & ETHICS IN HELPING PROFESSIONS | COREY | 8 | TX 7-390-149 |
| 25 | CENGAGE | 9781285464671 | ISSUES & ETHICS IN HELPING PROFESSIONS | COREY | 9 | TX 7-892-167 |
| 26 | CENGAGE | 9781111827076 | LEADERSHIP THEORY, APPLICATION & SKILL DEVELOPMENT | LUSSIER, ACHUA | 5 | TX 7-476-771 |
| 27 | CENGAGE | 9781111832773 | LEARNING AND BEHAVIOR | CHANCE | 7 | TX 7-690-271 |
| 28 | CENGAGE | 9781133936794 | MCKEACHIE'S TEACHING TIPS:STRATEGIES, RESRCH/THEORY/TEACHERS | MCKEACHIE | 14 | TX 7-643-346 |
| 29 | CENGAGE | 9781111970611 | MICROECONOMICS | GWARTNEY | 14 | TX 7-847-203 |
| 30 | CENGAGE | 9781285874326 | MORAL ISSUES IN BUSINESS | SHAW, BARRY | 13 | TX 8-005-992 |
| 31 | CENGAGE | 9780495898320 | ORGANIZATIONAL COMMUNICATION: APPROACHES AND | MILLER | 6 | TX 7-408-801 |
| 32 | CENGAGE | 9781285165875 | PRINCIPLES OF ECONOMICS | MANKIW | 7 | TX 7-839-004 |

| | PUBLISHER | ISBN | TITLE | AUTHOR | EDITION | REGISTRATION |
|---|---|---|---|---|---|---|
| 33 | CENGAGE | 9781285165912 | PRINCIPLES OF MACROECONOMICS | MANKIW | 7 | TX 7-912-135 |
| 34 | CENGAGE | 9781285165905 | PRINCIPLES OF MICROECONOMICS | MANKIW | 7 | TX 7-919-134 |
| 35 | CENGAGE | 9781305101968 | PROGRAM EVALUATION | ROYSE, THYER, PADGETT | 6 | TX 8-030-293 |
| 36 | CENGAGE | 9781305101944 | PROMOTING COMMUNITY CHANGE: MAKING IT HAPPEN IN THE REAL WORLD | HOMAN | 6 | TX 7-553-832 |
| 37 | CENGAGE | 9781305101937 | PSYCHOPATHOLOGY: A COMPETENCY BASED ASSESMENT MODEL FOR SOCIAL WORK | GRAY | 4 | TX 8-223-610 |
| 38 | CENGAGE | 9781111830946 | RACE CLASS & GENDER | ANDERSEN, COLLINS | 8 | TX 7-531-088 |
| 39 | CENGAGE | 9780495807971 | THE ESSENTIAL THEATRE | BROCKETT | 10 | TX 7-337-816 |
| 40 | CENGAGE | 9781285428222 | THE LEGAL ENVIRONMENT OF BUSINESS | MEINERS | 12 | TX 7-849-618 |
| 41 | CENGAGE | 9781285065717 | THE SKILLED HELPER | EGAN | 10 | TX 7-657-881 |
| 42 | CENGAGE | 9781285419008 | THE SOCIAL WORKER AND PSYCHOTROPIC MEDICATION | BENTLEY, WALSH | 4 | TX 7-691-006 |
| 43 | CENGAGE | 9781111834531 | THEORIES OF PERSONALITY | SCHULTZ, SCHULTZ | 10 | TX 7-476-710 |
| 44 | CENGAGE | 9780840028549 | THEORY AND PRACTICE OF COUNSELING AND PSYCHOTHERAPY | COREY | 9 | TX 7-476-713 |
| 45 | CENGAGE | 9781305077690 | THOSE WHO CAN, TEACH | RYAN | 14 | TX 8-010-075 |
| 46 | CENGAGE | 9781111580247 | UNDERSTANDING MANAGEMENT | DAFT | 8 | TX 7-490-722 |
| 47 | CENGAGE | 9781305077331 | WRITING AND REPORTING THE NEWS | RICH | 8 | TX 8-017-088 |
| 48 | ELSEVIER | 9780124077263 | COMPUTER ORGANIZATION AND DESIGN | PATTERSON, HENNESSY | 5 | TX 7-793-464 |
| 49 | MACMILLAN | 9781464114885 | CALCULUS: EARLY TRANCENDENTALS | ROGAWSKI | 3 | TX 8-058-070 |
| 50 | MCGRAW-HILL | 9780073535098 | AMERICAN CINEMA/AMERICAN CULTURE | BELTON | 4 | TX 7-521-767 |
| 51 | MCGRAW-HILL | 9780077861063 | A PREFACE TO MARKETING MANAGEMENT | PETER, DONNELLY | 14 | TX 7-966-002 |
| 52 | MCGRAW-HILL | 9780078036804 | COMMUNICATING AT WORK | ELMHORST, LUCAS | 11 | TX 7-772-069 |
| 53 | MCGRAW-HILL | 9780073401041 | CONSTRUCTION MANAGEMENT FUNDAMENTALS | KNUTSON | 2 | TX 5-823-811 |
| 54 | MCGRAW-HILL | 9780073383095 | DISCRETE MATHEMATICS AND ITS APPLICATIONS | ROSEN | 7 | TX 7-417-772 |
| 55 | MCGRAW-HILL | 9780078028649 | DRUGS, SOCIETY, AND HUMAN BEHAVIOR | HART, KSIR | 16 | TX 8-360-596 |
| 56 | MCGRAW-HILL | 9781259545474 | ESSENTIALS OF CONTEMPORARY MANAGEMENT | JONES, GEORGE | 7 | TX 7-913-168 |
| 57 | MCGRAW-HILL | 9780078112911 | GLOBAL BUSINESS TODAY | HILL | 9 | TX 7-721-980 |
| 58 | MCGRAW-HILL | 9781259870460 | INFANTS, TODDLERS & CAREGIVERS: CURRICULUM RELATIONSHIP | GONZALEZ-MENA, WIDMEYER EYER | 11 | TX 7-959-127 |
| 59 | MCGRAW-HILL | 9781259870538 | INTERVIEWING: PRINCIPLES AND PRACTICES | STEWART, CASH | 15 | TX 7-835-470 |
| 60 | MCGRAW-HILL | 9780077861803 | INTIMATE RELATIONSHIPS | ROWLAND MILLER | 7 | TX 7-990-035 |
| 61 | MCGRAW-HILL | 9780077660772 | MACROECONOMICS: PRINCIPLES, PROBLEMS, & POLICIES | MCCONNELL, BRUE, FLYNN | 20 | TX 8-019-172 |
| 62 | MCGRAW-HILL | 9780073526249 | MEDIA ETHICS: ISSUES AND CASES | PATTERSON, WILKINS | 8 | TX 7-726-342 |
| 63 | MCGRAW-HILL | 9780077861896 | METHODS IN BEHAVIORAL RESEARCH | COZBY, BATES | 12 | TX 7-982-478 |
| 64 | MCGRAW-HILL | 9780073523910 | THE ART OF PUBLIC SPEAKING | STEPHEN E. LUCAS | 12 | TX 8-003-528 |
| 65 | MCGRAW-HILL | 9780078119064 | THE ELEMENTS OF MORAL PHILOSOPHY | RACHELS | 8 | TX 8-003-526 |
| 66 | MCGRAW-HILL | 9781259291821 | THE MACRO ECONOMY TODAY | SCHILLER | 14 | TX 7-580-430 |
| 67 | MCGRAW-HILL | 9780078119088 | THE RIGHT THING TO DO | RACHELS | 7 | TX 6-342-727 |

|     | PUBLISHER | ISBN | TITLE | AUTHOR | EDITION | REGISTRATION |
|-----|-----------|------|-------|--------|---------|--------------|
| 68  | MCGRAW-HILL | 9780073532196 | THEORIES OF PERSONALITY | FEIST, FEIST, ROBERTS | 8 | TX 7-714-626 |
| 69  | MCGRAW-HILL | 9780077511753 | WORKBOOK / LABORATORY MANUAL VOLUME 1 TO ACCOMPANY PUNTOS DE PARTIDA | ARANA, ARANA, SABLO-YATES | 9 | TX 7-782-440 |
| 70  | PEARSON | 9780321984258 | A SHORT GUIDE TO WRITING ABOUT BIOLOGY | PECHENIK | 9 | TX 8-050-862 |
| 71  | PEARSON | 9780133428537 | ACCOUNTING INFORMATION SYSTEMS | ROMNEY | 13 | TX 7-330-306 |
| 72  | PEARSON | 9780136003809 | ANATOMY OF THE SACRED | LIVINGSTON | 6 | TX 6-972-145 |
| 73  | PEARSON | 9780131421134 | APPLIED BEHAVIOR ANALYSIS | HEWARD | 2 | TX 6-539-183 |
| 74  | PEARSON | 9780321784919 | BEGINNING ALGEBRA | MARTIN-GAY | 6 | TX 7-534-635 |
| 75  | PEARSON | 9780321743671 | BIOLOGICAL SCIENCE | FREEMAN | 5 | TX 7-691-418 |
| 76  | PEARSON | 9780321821713 | BIOLOGY OF HUMANS | GOODENOUGH | 5 | TX 7-694-315 |
| 77  | PEARSON | 9780205915576 | BIOPSYCHOLOGY | PINEL | 9 | TX 7-908-349 |
| 78  | PEARSON | 9780321997821 | BUSINESS ANALYTICS | EVANS | 2 | TX 8-017-387 |
| 79  | PEARSON | 9780132689687 | CLASSROOM MANAGEMENT FOR MIDDLE AND HIGH SCHOOL TEACHERS | EMMER | 9 | TX 7-500-964 |
| 80  | PEARSON | 9780132659673 | COLLABORATION CONSULTATION AND TEAMWORK | DETTMER | 7 | TX 7-563-607 |
| 81  | PEARSON | 9780133428704 | COST ACCOUNTING | HORNGREN | 15 | TX 7-898-189 |
| 82  | PEARSON | 9780134548623 | CRIMINAL JUSTICE | SCHMALLEGER | 12 | TX 7-729-566 |
| 83  | PEARSON | 9780133127478 | DEVELOPING MANAGEMENT SKILLS | WHETTEN | 9 | TX 8-104-703 |
| 84  | PEARSON | 9780137071326 | DIAGNOSIS AND EVALUATION SPEECH PATHOLOGY | HAYNES | 8 | TX 7-356-279 |
| 85  | PEARSON | 9780133579499 | EFFECTIVE WRITING | MAY | 10 | TX 7-884-485 |
| 86  | PEARSON | 9780205249008 | ESSENTIALS OF FAMILY THERAPY | NICHOLS | 6 | TX 7-691-293 |
| 87  | PEARSON | 9780134523859 | ESSENTIALS ORGANIZATIONAL BEHAVIOR | ROBBINS | 14 | TX 8-051-247 |
| 88  | PEARSON | 9780134061641 | ETHICAL LEGAL PROFESSIONAL ISSUES COUNSELING | REMLEY | 5 | TX 8-122-054 |
| 89  | PEARSON | 9780205827190 | FAMILY THERAPY | NICHOLS | 10 | TX 7-573-188 |
| 90  | PEARSON | 9780133427530 | FINANCIAL ACCOUNTING | HARRISON | 10 | TX 7-944-977 |
| 91  | PEARSON | 9780133919783 | FINANCING EDUCATION IN A CLIMATE OF CHANGE | BRIMLEY | 12 | TX 8-050-106 |
| 92  | PEARSON | 9780205918393 | FORTY STUDIES THAT CHANGED PSYCHOLOGY | HOCK | 7 | TX 7-593-107 |
| 93  | PEARSON | 9780133998641 | FOUNDATION OF ADDICTION COUNSELING | CAPUZZI | 3 | TX 8-088-495 |
| 94  | PEARSON | 9780132539302 | FRAMEWORK FOR MARKETING MANAGEMENT | KOTLER & KELLER | 5 | TX 7-359-389 |
| 95  | PEARSON | 9780133866247 | INTERNATIONAL BUSINESS | WILD | 8 | TX 8-069-637 |
| 96  | PEARSON | 9780133423648 | INTERNATIONAL ECONOMICS | KRUGMAN | 10 | TX 7-908-864 |
| 97  | PEARSON | 9780205203987 | INTRO BEHAVIOR RESEARCH METHODS | LEARY | 6 | TX 7-451-209 |
| 98  | PEARSON | 9780131118928 | INTRODUCTION TO QUANTUM MECHANICS | GRIFFITHS | 2 | TX 5-959-250 |
| 99  | PEARSON | 9780321982384 | LINEAR ALGEBRA | LAY | 5 | TX 8-028-767 |
| 100 | PEARSON | 9780132617659 | LITERACY'S BEGINNINGS | MCGEE | 6 | TX 7-359-078 |
| 101 | PEARSON | 9780132837798 | LITERATURE 21ST CENTURY | TOMPKINS | 6 | TX 7-720-186 |
| 102 | PEARSON | 9780134089027 | MACROECONOMICS | O'SULLIVAN | 9 | TX 7-693-344 |
| 103 | PEARSON | 9780134149530 | MARKETING | ARMSTRONG | 13 | TX 7-875-481 |

| | PUBLISHER | ISBN | TITLE | AUTHOR | EDITION | REGISTRATION |
|---|---|---|---|---|---|---|
| 104 | PEARSON | 9780133856460 | MARKETING MANAGEMENT | KOTLER | 15 | TX 8-144-794 |
| 105 | PEARSON | 9780133872293 | MICROECONOMICS | PARKIN | 12 | TX 5-877-321 |
| 106 | PEARSON | 9780205798254 | ORGANIZATIONAL COMMUNICATION: FOUNDATIONS | MODAFF, BUTLER, DEWINE | 3 | TX 7-349-901 |
| 107 | PEARSON | 9780131457898 | PHYSICS OF SOUND | BERG | 3 | TX 6-302-143 |
| 108 | PEARSON | 9780134219929 | PLANNING IMPLEMENTING & EVALUATING | MCKENZIE | 7 | TX 8-394-558 |
| 109 | PEARSON | 9780133084047 | PRINCIPLES OF MARKETING | KOTLER | 15 | TX 7-696-309 |
| 110 | PEARSON | 9780133591170 | PROCEDURES IN THE JUSTICE SYSTEM | ROBERSON | 11 | TX 8-050-102 |
| 111 | PEARSON | 9780205763139 | SOCIAL GERONTOLOGY | HOOYMAN | 9 | TX 7-148-979 |
| 112 | PEARSON | 9780133936544 | SOCIAL PSYCHOLOGY | ARONSON | 9 | TX 8-126-280 |
| 113 | PEARSON | 9780205793846 | SOCIAL WELFARE | DINITTO | 7 | TX 7-285-575 |
| 114 | PEARSON | 9780134206325 | SOCIETY THE BASICS | MACIONIS | 14 | TX 8-242-358 |
| 115 | PEARSON | 9780134205595 | SOCIOLOGY | HENSLIN | 13 | TX 8-232-978 |
| 116 | PEARSON | 9780133061819 | STATISTICS MANAGERS USING EXCEL | LEVINE | 7 | TX 7-745-398 |
| 117 | PEARSON | 9780132685184 | STRATEGIES FOR TEACHING ENGLISH LEARNERS | DIAZ-RICO | 3 | TX 7-542-298 |
| 118 | PEARSON | 9780321898685 | STYLE: LESSONS IN CLARITY AND GRACE | WILLIAMS | 11 | TX 6-493-876 |
| 119 | PEARSON | 9780132743952 | SUPPLY CHAIN MANAGEMENT | CHOPRA | 5 | TX 7-518-557 |
| 120 | PEARSON | 9780133800203 | SUPPLY CHAIN MANAGEMENT | CHOPRA | 6 | TX 8-034-005 |
| 121 | PEARSON | 9780133908923 | UNDERSTANDING PSYCHOLOGY | MORRIS | 11 | TX 8-088-525 |