UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CIVIL ACTION NO. 18-40-DLB-CJS**

**PEARSON EDUCATION, INC., et al.**                                                                 **PLAINTIFFS**

vs.                                                          <u>**SCHEDULING ORDER**</u>

**RENTU.COM, LLC**                                                                                        **DEFENDANT**

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

Pursuant to Federal Rule of Civil Procedure 16, and having reviewed the parties' Joint Report of Rule 26(f) Planning Meeting (Doc. # 39), the Court hereby enters the following Scheduling Order to facilitate the disposition of this case:

**(A)  DEADLINES AND CASE SCHEDULE**

  (1)  <u>Rule 26(a)(1) Initial Disclosures</u> - **on or before July 2, 2018**
       *These disclosures should not be filed in the Court record.*

  (2)  <u>Motion to Join Parties/Amend Pleadings</u> - **on or before March 31, 2019**

  (3)  <u>Rule 26(a)(2) Expert Witness Disclosures and Reports</u> –
       Deadline for Plaintiffs – **on or before May 31, 2019**
       Deadline for Defendant – **on or before June 14, 2019**
       *These reports should not be filed in the Court record.*
       *Supplementation of expert information as required by Rule 26(e)(2) will be made in conjunction with Rule 26(a)(3) pretrial disclosures.*

  (4)  <u>Fact Discovery</u> – **on or before April 21, 2019**

  (5)  <u>Expert Discovery</u> – **on or before June 20, 2019**

  (6)  <u>Status Report</u> – **on or before June 20, 2019 (close of discovery)**
       *The report should indicate the progress of the case and the status of settlement negotiations, the likelihood of settlement, and the feasibility of alternative dispute resolution, including the parties' views on the method of*

1

>  *resolution (i.e., mediation, arbitration, settlement conference with the Court, summary jury trial, etc.).*

(7)   <u>Dispositive or *Daubert* Motions</u> – **on or before August 30, 2019**

(8)   <u>Copies of Memoranda</u> – A courtesy copy of briefs and memoranda in support of motions must be provided **to Chambers** within 48 hours of electronic filing; said courtesy copy should be in paper form or electronic format (Using Word or WordPerfect) e-mailed to Judge Bunning's Chambers at: dbunningmemos@kyed.uscourts.gov.

This 22nd day of June, 2018.



Signed By:
*David L. Bunning*
United States District Judge

K:\DATA\ORDERS\Cov18\18-40 Scheduling Order.docx