UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CIVIL ACTION NO. 18-40-DLB-CJS**

**PEARSON EDUCATION, INC., et al.**                                                           **PLAINTIFFS**

v.                                                  **ORDER**

**RENTU.COM, LLC**                                                                                 **DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

This matter is before the Court on four pending discovery and/or general pretrial motions: 1) Defendant's Motion to Compel Discovery (R. 84); 2) Plaintiffs' Motion to Strike Portions of Defendant's Motion to Compel Discovery (R. 87); 3) Plaintiffs' Motion for a Protective Order (R. 85); and 4) Defendant's Motion for Leave to File Amended Answer and Counterclaims (R. 100). Since the filing of these motions, the parties have filed a Notice of Settlement and Joint Stipulation and Joint Motion for Voluntary Administrative Dismissal of Action Without Prejudice, advising the Court that they have settled the matter and requesting "that this Action be dismissed without prejudice, or as an alternative, that this Action be adjourned until December 31, 2020." (R. 109). Thus, the parties' settlement moots the above-noted motions pending in this case before the undersigned. In addition, Defendant has filed a Notice of Withdrawal of Defendant's Motion for Leave to File Amended Answer and Counterclaims (R. 108).

Accordingly, **IT IS ORDERED** that, in light of the case status:

1) Defendant's Motion to Compel Discovery (R. 84) is hereby **denied as moot;**

2) Plaintiffs' Motion to Strike Portions of Defendant's Motion to Compel Discovery (R. 87) is hereby **denied as moot;**

1

3)    Plaintiffs' Motion for a Protective Order (R. 85) is hereby **denied as moot;** and

4)    Defendant's Motion for Leave to File Amended Answer and Counterclaims (R. 100) is hereby **denied as moot and as withdrawn.**

The presiding District Judge will address, in a separate order, the parties' request to dismiss the action without prejudice, or alternatively, adjourn the case until December 31, 2020.  (R. 109).

Signed this 27th day of December, 2019.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\civil cov\2018\18-40-DLB order misc motions.docx